JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG COLEMAN, | ) Case No. CV 16-8823 FMO (MRWx) |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| THE BEST SERVICE CO., et al., | ) |
| Defendants. | ) |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice. The parties shall bear their own fees and costs.

Dated this 10th day of August, 2017.

/s/
Fernando M. Olguin
United States District Judge